Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:12-bk-19780-WJ  AS OF 3/31/2015**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/10/15 | $1,374.00 | 03/2015 | $1,374.00 |
| 02/10/15 | $1,374.00 | 02/2015 | $1,374.00 |
| 01/12/15 | $1,374.00 | 01/2015 | $1,374.00 |
| 12/10/14 | $1,374.00 | 12/2014 | $1,374.00 |
| 11/10/14 | $1,374.00 | 11/2014 | $1,374.00 |
| 10/10/14 | $1,374.00 | 10/2014 | $1,374.00 |
| 09/10/14 | $1,374.00 | 09/2014 | $1,374.00 |
| 08/11/14 | $1,374.00 | 08/2014 | $1,374.00 |
| 07/11/14 | $1,374.00 | 07/2014 | $1,374.00 |
| 06/10/14 | $1,374.00 | 06/2014 | $1,374.00 |
| 05/12/14 | $1,374.00 | 05/2014 | $1,374.00 |
| 04/10/14 | $1,374.00 | 04/2014 | $1,374.00 |

DELOISE M. KING
1361 SEVEN HILLS DR
HEMET, CA  92545

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 04/20/2012 | MONTHLY PLAN PMT AMT: | $1,374.00 |
| 1ST MEETING DATE: | 05/30/2012 | GROSS RECEIPTS: | $48,090.00 |
| CONFIRMATION DATE: | 10/03/2012 | REFUNDS FR CREDITORS: | $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $44,119.91 |
| PERCENT TO UNSEC.: | 92.50% | | |
| FEES PAID TO ATTY: | $2,250.00 | FEES PAID TO TRUSTEE: | $1,720.08 |
| REFUNDS TO DEBTOR: | $0.00 | BALANCE ON HAND: | $0.01 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | ALEC HARSHEY | ATTORNEY FEE | N/A | $2,250.00 | $2,250.00 | $2,250.00 | $0.00 | $0.00 |
| 0001 | ALTURA CREDIT UNION | UNSECURED | 0.00 | $9,435.00 | $7,382.24 | $3,902.89 | $0.00 | $2,925.68 |
| 0002 | OAK HARBOR CAPITAL LLC | UNSECURED | 0.00 | $15,544.00 | $15,543.65 | $8,217.72 | $0.00 | $6,160.16 |
| 0003 | FIA CARD SERVICES, N.A. | UNSECURED | 0.00 | $10,451.00 | $10,451.37 | $5,525.51 | $0.00 | $4,142.01 |
| 0004 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | $8,009.00 | $8,460.19 | $4,472.80 | $0.00 | $3,352.88 |
| 0005 | GREATER CALIF FINANCIAL SVCS | UNSECURED | 0.00 | $23,076.00 | $21,217.45 | $11,217.39 | $0.00 | $8,408.75 |
| 0006 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $9,218.00 | $8,008.56 | $4,234.02 | $0.00 | $3,173.90 |
| 0007 | ASSET ACCEPTANCE LLC | UNSECURED | 0.00 | $1,025.00 | $1,029.78 | $544.43 | $0.00 | $408.12 |
| 0008 | DISCOVER BANK | UNSECURED | 0.00 | $10,456.00 | $10,455.98 | $5,527.94 | $0.00 | $4,143.84 |
| 0009 | ASSET ACCEPTANCE LLC | UNSECURED | 0.00 | $873.00 | $879.18 | $464.81 | $0.00 | $348.43 |
| 0010 | GMAC | UNSECURED | 0.00 | $34,213.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | PNC MORTGAGE A DIVISION OF PNC | MORTGAGE ARREARS | 0.00 | $162,269.00 | $12.40 | $12.40 | $0.00 | $0.00 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | **$33,063.77** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.